IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KULDIP S. KLER,	No. CIV S-06-1919-FCD-CMK-P

    Petitioner,

  vs.	ORDER

BOARD OF PRISON TERMS, et al.,

    Respondents.

/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On August 30, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days.  Petitioner has not filed objections to the findings and recommendations.

/ / /

    The court has reviewed the file and finds the findings and recommendations to be

1

1 supported by the record and by the magistrate judge's analysis.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1.    The findings and recommendations filed August 30, 2006, are adopted in full; and

5         2.    Petitioner's application for leave to proceed in forma pauperis (Doc. 2) is denied.

7 DATED: September 26, 2006

                            /s/ Frank C. Damrell Jr.
                            FRANK C. DAMRELL JR.
                            United States District Judge