IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KULDIP SINGH KLER,** | 2:06-cv-01919-FCD-CMK (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **BOARD OF PRISON TERMS, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time to October 30, 2006, in which to file an answer to the petition for writ of habeas corpus in this matter.

October 2, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE